INVISTA NORTH AMERICA S.A.R.L.,
Plaintiff–Appellant,

v.

RHODIA POLYAMIDE INTERMEDI-
ATES S.A.S., Defendant–Appellee.

No. 2007–1544.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2008.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

ARMAMENT SYSTEMS AND
PROCEDURES, INC.,
Plaintiff–Appellant,

v.

IQ HONG KONG LIMITED, Zen Design
Group Limited, Sun Yu, Emissive En-
ergy Group, Vector Products, Inc.
(Doing Business as Vector Manufac-
turing Ltd.), General Parts, Inc. (Do-
ing Business as Carquest Auto Parts

of West Allis Wisconsin), Carquest
Management Services, Inc., Mills
Fleet Farm, Inc., Northland Fishing
Tackle, Inc., Target Corporation, Jsa,
Inc. (Doing Business as Excell Mar-
keting LLC), Harriet Carter Gifts In-
corporated, Bandwagon Incorporated,
C Crane Company, Inc., and Radio
Shack Corporation, Defendants,

and

Team Products International, Inc.,
Defendants–Appellees.

Nos. 2008–1291 to 2008–1298.

United States Court of Appeals,
Federal Circuit.

Dec. 2, 2008.

## ON MOTION

### *ORDER*

Upon consideration of Armament Sys-
tems and Procedures, Inc.'s motion to va-
cate the court's September 16, 2008 order
and to voluntarily dismiss these appeals,

IT IS ORDERED THAT:

(1) The motion is granted. The man-
date is recalled, the September 16, 2008
order is vacated, and the appeals are dis-
missed.

(2) All sides shall bear their own costs.